UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-80295-Civ-Hurley/Hopkins

KENYATTA L. THOMAS,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, KENYATTA L. THOMAS, gives notice that the parties have reached a settlement and Plaintiff expects the parties will conclude the settlement process shortly and that Plaintiff will file a voluntary dismissal with prejudice within 5 days.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-80295-Civ-Hurley/Hopkins

KENYATTA L. THOMAS,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Michele L. Stocker, Esq.
Greenberg Traurig, P. A.
Suite 2000
401 East Las Olas Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-768-8271
Facsimile: 954-759-5571

Via Notices of Electronic Filing generated by CM/ECF