UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80295-CIV-HURLEY/HOPKINS

KENYATTA L. THOMAS,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

*CLOSED CASE*

### ORDER OF CLOSE OUT

On May 14, 2008, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [DE # 10]. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITH PREJUDICE.**

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT.**

3. The Clerk of the Court shall enter the case as **CLOSED.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __16__ day of May, 2008.

                                Daniel T. K. Hurley
                                United States District Judge

*Copies provided to counsel of record*